```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARINA KEE,                           :    CIVIL ACTION
                                      :    NO. 11-7789
          Plaintiff,                  :
                                      :
     v.                               :
                                      :
ZIMMER, INC.,                         :
                                      :
          Defendant.                  :
```

### O R D E R

**AND NOW**, this **17th** day of **May, 2012**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** and Counts I, II, III, IV, V, VI, VII, and IX are **DISMISSED** with leave to amend.[1]

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to Reply (ECF No. 8) is **GRANTED**.[2]

**IT IS FURTHER ORDERED** that, in the event Plaintiff does not file an amended complaint, counsel for the parties shall conduct a conference pursuant to Federal Rule of Civil

---

[1] If appropriate, Plaintiff may amend the Complaint consistent with the Memorandum Opinion by **May 28, 2012**.

[2] The Court considered the substance of the Reply Memorandum in disposing of the Motion to Dismiss.

Procedure 26(f) and submit to the Court a written report outlining their proposed discovery plan by **June 10, 2012**.[3]

**AND IT IS SO ORDERED.**

                                        s/Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**

---

[3] If Plaintiff files an amended complaint, the parties are temporarily excused from the provisions of Rule 26(f) until further order of the Court.